United States District Court
Southern District of Texas
**ENTERED**
May 01, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR ALEXANDER OFFICE, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-1829 |
| LORIE DAVIS, | § § § | |
| *Respondent*. | § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this lawsuit is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 1st day of May, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE